# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| *IN RE:* INTERCONTINENTAL TERMINALS COMPANY LLC DEER PARK FIRE LITIGATION § § § § § | Lead Case No. 4:19-cv-01460 MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND |
| This Document Relates to: § § | |
| Rosalba Rodriguez; Jesus Nevarez; et al. Plaintiffs, § § § § § | Civil Action No.: 4:22-cv-02489 |
| v. § § | |
| Intercontinental Terminals Company, LLC, NSK Ltd. and NSK Corporation Defendants § § § § | |

## PERSONAL INJURY PLAINTIFFS' MASTER SHORT FORM COMPLAINT AND JURY TRIAL DEMAND

Plaintiff(s) incorporate(s) by reference the First Amended Master Long Form Complaint and Jury Trial Demand filed in *In re: Intercontinental Terminals Company, LLC Deer Park Fire Litigation,* on March 12, 2021. Pursuant to the Court's January 15, 2021 Order, Doc. 478, this Short Form Complaint adopts the allegation, claims and requested relief as set forth in the Master Long Form Complaint.

### I. DEFENDANTS.

Plaintiff(s) name(s) the following Defendants in this action:

    __ X __    Intercontinental Terminals Company, LLC

    __ X __    NSK Ltd.

    __ X __    NSK Corporation

## I. PLAINTIFFS.

Name of Plaintiff(s):

1. Rosalba Rodriguez
2. Jesus Nevarez
3. Adrian Garcia Perez
4. Esteban Orozco
5. Ricardo Aragon
6. Juan Araiza
7. Esteban Arzu
8. Pablo E. Barron
9. Angelica M. Chlamon
10. Juan D. Delgado
11. Amado Fernandez
12. Jorge L. Garcia Marquez
13. Cristino Garcia
14. Danilo Gonzalez
15. Francisco Gonzalez
16. Adrian Guzman
17. Josue M. Guzman
18. Luis A. Lopez
19. Justo Loreto
36. Felix A. Toledo-Rodriguez
37. Freddy Torres
38. Sabina Hernandez Azua
39. Felix Reyes-Hernandez
40. Alain Cordovez Saavedra
41. Guillermo Esquivel Wisar
42. Jonathan Fuentes
43. Esther Garza Palomino
44. Marco A. Gonzalez Torres
45. Rolando Gutierrez
46. Gerardo A. Jaquez
47. Carlos Romano
48. Julio Guity
49. Angelina Hernandez
50. Pedro Martinez
51. Damian Mejia
52. Jose F. Rodriguez
53. Pedro Salazar
54. Oliver Salinas
71. Moises Castro
72. Ahsaki Chachere
73. Amariah Chachere
74. Johnny Walker Jr.
75. Carrie Delane
76. Cipriano Olvera
77. Damion Doleman Jr.
78. LeMarcus Lester
79. Jermaine Doleman
80. Ruth Tabarez
81. Jaleahi D. White
82. Simone Williams
83. Karen Johnson
84. Katherine Owens
85. LaSondra Jones
86. Kayla Jefferson
87. Kayla Jefferson Individually and a/n/f of Jordan Jefferson-Aycock
88. Julencia Jefferson
89. Julencia JeffersonIndividually and a/n/f of Kei'mora Harris

20. Juan Mendoza
21. Rogelio Mendoza
22. Cecilio Miranda
23. Mario Nunez
24. David A. Ozuna
25. Gabino Perez Ortiz
26. Leonardo Perez Perez
27. Saul B. Perez
28. Nahim Ramirez
29. Pascual Reynua
30. Javier Arroyo Rodriguez
31. Ivan Rodriguez
32. Julio C. Rodriguez
33. Jose Sanchez
34. Felix Solorio Rios
35. Candido R. Baltazar

55. Rodil Suazo
56. Allen D. Hammon
57. Robert E. Johnson
58. Hilda Brockett
59. Johnny Bruce
60. Kimberly Sims
61. Kimberly Sims Individually and a/n/f of Leonard Gamble
62. T.D. Blackshure Sr.
63. Karl Johnson
64. Dennis Chachere
65. Mario Y. Ochoa
66. Mario Y. Ochoa Individually and a/n/f of Castiel Winchester
67. Edgar Hinojosa
68. Maria Bognot-Ghirawoo
69. Maria Bognot-Ghirawoo Individually and a/n/f of Cornelius Bognot
70. Maria Bognot-Ghirawoo Individually and a/n/f of Leighanna Bognot

90. Julencia Jefferson Individually and a/n/f of J'andra Coleman
91. Julencia Jefferson Individually and a/n/f of Jaquaz Conner
92. William Spalek
93. Desiree Spalek
94. Robert Spalek
95. Charles Rosemond
96. Cheryl Lee
97. Belinda Young
98. Charles E. Williams
99. Ethel Nelson
100. Nicolas Rodriguez
101. Jose Rodriguez
102. Breanna Fortney
103. Amy Johnson
104. Kalen Bernhardt

## II. INJURIES.

Plaintiff(s) alleges the following injuries as a result of the March 17, 2019 and subsequent reignitions of the fire at ITC's Deer Park Facility.

    a. Reasonable medical care and expenses in the past. These expenses were incurred by Plaintiff(s) for the necessary care and treatment of the injuries resulting from the accident complained of herein and such charges are reasonable and were usual and customary charges for such service in Harris County, Texas;
    b. Reasonable and necessary medical care and expenses which will in all reasonable probability be incurred in the future;
    c. Physical pain and suffering in the past and future;
    d. Physical impairment in the past and future;
    e. Loss of earnings in the past and future;
    f. Disfigurement in the past and future;
    g. The cost of future medical monitoring; and/ or
    h. Mental anguish in the past and future.

## III. CAUSES OF ACTION.

Plaintiff(s) adopt(s) in this Short Firm Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

__X__      **Count I** – Negligence and Gross Negligence (ITC)

__X__      **Count II.A** – Products Liability – Manufacturing Defect (NSK Defendants)

__X__      **Count II.B** – Products Liability – Design Defect (NSK Defendants)

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: July 27, 2022

By: /s/ David W. Hodges
David W. Hodges
Federal I.D. No. 20460
Texas State Bar No. 00796765
4409 Montrose Blvd. Ste 200
Houston, TX 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
dhodges@hftrialfirm.com

ATTORNEY FOR PLAINTIFF